UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION


| | |
|---|---|
| JOHN E. CARTER ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 2:12-0029 |
| ] | Judge Sharp |
| DAVID SEXTON, WARDEN ] | |
|     Respondent. ] | |


**O R D E R**


By an order (Docket Entry No.14) entered May 17, 2012, the instant *pro se* habeas corpus action was transferred to the Sixth Circuit Court of Appeals.

The appellate court then determined that an order would not issue authorizing this Court to entertain petitioner's second or successive petition for writ of habeas corpus. 28 U.S.C. § 2244(b). Docket Entry No.28.

Presently pending before the Court is petitioner's Motion for Reconsideration (Docket Entry No.32).

When the Sixth Circuit Court of Appeals refused to issue an order authorizing consideration of petitioner's second or successive habeas corpus petition, this Court lost any jurisdiction it may have had over the matter.

Accordingly, petitioner's Motion for Reconsideration has been rendered MOOT by the loss of jurisdiction and said Motion is hereby

DENIED for that reason.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge